UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA D. FRANKLIN,

Plaintiff,

v. Case No.: 2:26-cv-2683-SPC-KRH

U.S. *et al*,

Defendants.

_______________________________/

**OPINION AND ORDER**

Before the Court is Plaintiff Joshua D. Franklin's Complaint (Doc. 1). Franklin's claims are difficult to parse, but they revolve around his belief that the government is using vaccines and biotechnology to hijack his body, kill him, and ultimately commit mass genocide. The Court dismisses this action as frivolous. *See Porter v. Governor of the State of Fla.*, 667 F. App'x 766, 767 (11th Cir. 2016) ("A lawsuit is frivolous if its claims involve factual contentions that are fanciful, fantastic, irrational, and/or delusional."). Because amendment would be futile, dismissal is with prejudice.

Accordingly, it is now

**ORDERED:**

Plaintiff Joshua D. Franklin's Complaint (Doc. 1) is **DISMISSED with prejudice**. The Clerk is **directed** to terminate any pending deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on October 7, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record